```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

```
MARY JEAN CARTER,                      :
                                       :
     Plaintiff,                        :
                                       :
vs.                                    :     CIVIL ACTION 11-0682-M
                                       :
MICHAEL J. ASTRUE,                     :
Commissioner of Social Security,       :
                                       :
     Defendant.                        :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Mary Jean Carter.

DONE this 28th day of August, 2012.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE